IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-21022
Summary Calendar
_____


GLEN A. BANKS,

                                        Plaintiff-Appellant,

                        versus

VICTOR RODRIQUEZ; KRIS IMSAOGIE;
RONNIE LOPEZ,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. CA-H-95-4728
_____

July 5, 1996
Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]


Glen A. Banks appeals the district court's dismissal of his pro se

and in forma pauperis (IFP) civil rights suit as duplicative

pursuant to 28 U.S.C. § 1915(d).  This appeal is without arguable

merit and thus frivolous.  Howard v. King, 707 F.2d 215, 219-20

_____

    [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

(5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED. 5th Cir. R. 42.2.  Banks is warned that any future frivolous filing will invite the imposition of sanctions.  To avoid sanctions, Banks should review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.[1]

---

[1]Banks's motion for contempt, order to compel, second motion for contempt, and order of protection from retaliation are DENIED.